LOWE'S CHARLOTTE HARDWARE, INC. v. KENNETH P. FORESTER, JR., AND WIFE, BARBARA B. FORESTER

No. 7326SC39

(Filed 25 April 1973)

APPEAL by defendants from orders entered by *McLean, Judge,* on 26 May and 16 June 1972 in MECKLENBURG Superior Court.

*McElwee & Hall by T. V. Adams, and Eric Davis attorneys for plaintiff appellee.*

*Parker Whedon for defendant appellants.*

VAUGHN, Judge.

In all material respects, the facts in this case are identical to those in No. 7326SC38, *Lowe's Charlotte Hardware, Inc. v. Arthur L. Howard and wife, Beverly W. Howard.* An opinion in that case has been filed this day.

The order from which defendant appealed is affirmed.

Affirmed.

Judges BROCK and HEDRICK concur.